**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Y.S.,**<br>*A minor, by and through his P/N/G Amie Sarnor*<br>***Plaintiff,***<br><br>**v.**<br><br>**SOUTHWEST LEADERSHIP ACADEMY et al.,**<br>***Defendants.*** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL NO. 25-0341** |

**ORDER**

**AND NOW**, this **21st** day of **August 2026**, upon consideration of Defendant Southwest Leadership Academy's Motion to Dismiss (ECF No. 9), Defendant School District of Philadelphia's Motion to Dismiss (ECF No. 10), the responsive briefing thereto, and for reasons explained in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Defendant School District of Philadelphia's Motion to Dismiss (ECF No. 3) is **DENIED AS MOOT**.
2. Defendant Southwest Leadership Academy's Motion to Dismiss (ECF No. 6) is **DENIED AS MOOT**.
3. Defendant Southwest Leadership Academy's Motion to Dismiss (ECF No. 9) is **GRANTED**.
4. Defendant School District of Philadelphia's Motion to Dismiss (ECF No. 10) is **GRANTED**.
5. The Amended Complaint (ECF No. 7) is **DISMISSED WITH PREJUDICE**.
6. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

/S/ Kai N. Scott

**HON. KAI N. SCOTT**
**United States District Court Judge**